## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. _____** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 06-186** |
| | : | |
| **BILLY W. KING** | : | **VIOLATIONS** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 2314** |
| | : | **(Interstate Transportation of** |
| | : | **Stolen Property)** |
| | : | |
| | : | **18 U.S.C. § 2** |
| | : | **(Causing an Act to be Done)** |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

From about January 2000 through December 2001, within the District of Columbia,

defendant **BILLY W. KING,** did cause to be transported, transmitted or transferred in interstate

commerce, from the state of Maryland and the state of Pennsylvania, into the District of

Columbia, a security and money, to wit, insurance settlement checks in the total amount of

approximately $27,000, as part of the settlement of legal cases which his clients did not approve,

knowing such security or money to have been stolen, converted or taken by fraud.

**(Interstate Transportation of Stolen or Fraudulently Obtained Property, in violation of 18 U.S.C. § 2314; Causing an Act to be Done, in violation of 18 U.S.C. § 2)**.

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JAMES G. FLOOD, D.C. Bar# 435945
Assistant United States Attorney
United States Attorneys Office
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7131