IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIM. NO. 06-225 (RMC) |
| | ) | |
| | ) | |
| BILLY KING, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO CONTINUE PLEA HEARING

Defendant, Billy King, through undersigned counsel, respectfully requests that the Court continue the plea hearing that the Court set for September 15, 2006. The defendant has entered into a plea agreement to an information. However, due to personal reasons related to his employment, the defendant respectfully requests that the plea hearing be rescheduled to a date after October 1, 2006. Defense Counsel tried to reach AUSA James Flood, but his voicemail was full. Counsel respectfully requests that the hearing be continued to any date after October 1, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004