IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Crim. No. 06-225 (RMC) |
| **BILLY KING,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

Upon consideration of the defendant's motion for a continuance, it is hereby

ORDERED that the motion is GRANTED. The hearing scheduled for September 15, 2006 is continued until October ____, 2006, at ____.

                                                        _____
                                                        Honorable Rosemary M. Collyer
                                                        United States District Court Judge

cc:    James Flood
        Michelle Peterson