UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-0225 (RMC) |
| : | |
| BILLY W. KING, : | |
| : | |
| Defendant. | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney James G. Flood, D.C. Bar Number 435945, telephone number (202) 514-7131, and email address James.Flood@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
JAMES G. FLOOD
ASSISTANT UNITED STATES ATTORNEY
Fraud and Public Corruption Section
D.C. Bar No. 435945
555 4th Street, NW, Room 5824
Washington, DC 20530
(202) 514-7131

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice was served by ECF to counsel for the defendant, Michelle M. Peterson, Federal Public Defender, 625 Indiana Avenue, NW, Suite 500, Washington, DC 20004 on this 6th day of October, 2006.

_____
JAMES G. FLOOD
ASSISTANT UNITED STATES ATTORNEY