UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Billy W. King

Criminal No. 06-225

## WAIVER OF INDICTMENT

I, Billy W King, the above named defendant, who is accused of: Interstate Transportation of Stolen Property Causing an Act to be Done

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **March 31, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

10 Oct. 2006