UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Billy W. King

Criminal No. 06-225

**FILED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

APPROVED:

_____
Rosemary M. Collyer
United States District Judge

Dated: 10 Oct 2006